**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN KEVIN FROST, SR., | No. CIV S-10-2903-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TIM VERGA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se.  Plaintiff initiated this action with a motion for preliminary injunctive relief (Doc. 1).  Plaintiff has not, however, filed a complaint setting forth his allegations as to liability.  Plaintiff cannot obtain preliminary injunctive relief in the absence of a complaint setting forth the alleged basis of liability and seeking some kind of permanent relief.  Plaintiff shall file an initial pleading within 30 days of the date of this order.  Failure to do so may result in dismissal of the action.  See Local Rule 110.

IT IS SO ORDERED.

DATED: November 9, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1