IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KEVIN FROST, SR., | No. CIV S-10-2903-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TIM VERGA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2  randomly assign a District Judge to this case and to update the docket to reflect the new case
3  number.

 DATED: December 16, 2010

 _____
 **CRAIG M. KELLISON**
 UNITED STATES MAGISTRATE JUDGE